## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Britney Esmeralda Perez Gordillo,

        Petitioner,

v.

Kristi Noem, et al.,

        Respondents.

**NO. CV-26-01866-PHX-JCH**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted in Petitioner's favor and this action is hereby closed.

Daniel R. McAllister
District Court Executive/Clerk of Court

July 30, 2026

By   s/ D. Draper
Deputy Clerk